UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMISON A. STIRLING, a/k/a/ ) | |
| JOEL C. MONTEIRO, and ) | |
| ALBERTO BORRERO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:07CV950(DJS) |
| ) | |
| ENTERPRISE CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court <u>sua sponte</u>. As noted in the Court's prior order [Doc. #4], plaintiff Stirling failed to submit a copy of his inmate account statement as required by 28 U.S.C. § 1915(a)(2) and plaintiff Borrero failed to submit either a motion to proceed in forma pauperis or the required $350 filing fee. Both plaintiffs were given thirty days within which to cure these defects, but both plaintiffs have failed to timely respond to the Court's prior order. In the prior order, both plaintiffs were warned that their failure to respond would result in the dismissal of their complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiffs' complaint is **DISMISSED,** without prejudice, pursuant to Rule 41(b) of the

Federal Rules of Civil Procedure for failing to comply with the Court's prior order [Doc. #4].

Dated this <u>  19th </u> day of <u>    July        </u>, 2007.

<u>  /s/Donald J. Stohr              </u>
**UNITED STATES DISTRICT JUDGE**